IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FREDERICK BARTON**                                                                              **PLAINTIFF**

**VS.**                                                **4:15CV00583-BRW**

**PULASKI COUNTY CIRCUIT COURT**
**and PULASKI COUNTY, ARKANSAS**                                              **DEFENDANTS**

### ORDER

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Because Plaintiff's complaint is nonsensical and states no cause of action against Defendants for which relief may be granted, this case is DISMISSED.[2] Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 1) is DENIED as MOOT.

IT IS SO ORDERED this 18th day of September, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] See *Barton v. State of Arkansas, et al.*, No. 4:15CV00110-SWW (E.D. Ark. 2015), Doc. No. 12.